| CDIL PROB 22 (Rev. 4/17) | MAGISTRATE JUDGE MASON JUDGE PALLMEYER 08CR 689 TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 0753/3:96-00006-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jordan, Oscar | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Springfield |
|---|---|---|
| | NAME OF SENTENCING JUDGE Richard Mills | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/4/2008 | TO 8/3/2011 |

| OFFENSE |
|---|
| Ct. 1 and Ct. 2 - Distribution of a Controlled Substance |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

FILED SEP X 2 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 08-07-08 Date | Jeanne E. Scott United States District Judge |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| AUG 2 9 2008 Effective Date | James F. Holderman United States District Judge |
|---|---|